IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | : | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : : | Master File No. 12-md-02311 Hon. Marianne O. Battani |
| In Re: Wire Harness | : | Case No. 2:12-cv-00102 |
| In Re: Instrument Panel Clusters | : | Case No. 2:12-cv-00202 |
| In Re: Fuel Senders | : | Case No. 2:12-cv-00302 |
| In Re: Heater Control Panels | : | Case No. 2:12-cv-00402 |
| In Re: Alternators | : | Case No. 2:13-cv-00702 |
| In Re: Windshield Wiper Systems | : | Case No. 2:13-cv-00902 |
| In Re: Radiators | : | Case No. 2:13-cv-01002 |
| In Re: Starters | : | Case No. 2:13-cv-01102 |
| In Re: Ignition Coils | : | Case No. 2:13-cv-01402 |
| In Re: Motor Generators | : | Case No. 2:13-cv-01502 |
| In Re: HID Ballasts | : | Case No. 2:13-cv-01702 |
| In Re: Inverters | : | Case No. 2:13-cv-01802 |
| In Re: Air Flow Meters | : | Case No. 2:13-cv-02002 |
| In Re: Fan Motors | : | Case No. 2:13-cv-02102 |
| In Re: Fuel Injection Systems | : | Case No. 2:13-cv-02202 |
| In Re: Power Window Motors | : | Case No. 2:13-cv-02302 |
| In Re: Automatic Transmission Fluid Warmers | : | Case No. 2:13-cv-02402 |
| In Re: Valve Timing Control Devices | : | Case No. 2:13-cv-02502 |
| In Re: Electronic Throttle Bodies | : | Case No. 2:13-cv-02602 |
| In Re: Air Conditioning Systems | : | Case No. 2:13-cv-02702 |
| In Re: Windshield Washer Systems | : | Case No. 2:13-cv-02802 |
| In Re: Spark Plugs | : | Case No. 2:15-cv-03002 |
| In Re: Ceramic Substrates | : : | Case No. 2:16-cv-03802 |
| THIS DOCUMENT RELATES TO: Automobile Dealership Actions | : : : : : : | |

**FINAL JUDGMENT APPROVING SETTLEMENT AGREEMENT BETWEEN DEALERSHIP PLAINTIFFS AND DENSO CORPORATION, DENSO INTERNATIONAL AMERICA, INC., DENSO INTERNATIONAL KOREA CORPORATION, DENSO KOREA AUTOMOTIVE CORPORATION, DENSO AUTOMOTIVE DEUTSCHLAND GMBH, ASMO CO., LTD., ASMO NORTH AMERICA, LLC, ASMO GREENVILLE OF NORTH CAROLINA, INC., AND ASMO MANUFACTURING, INC.**

This matter has come before the Court to determine whether there is any cause why this Court should not approve the settlement between Dealership Plaintiffs ("Plaintiffs") and Defendants DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Automotive Deutschland GmbH, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., and ASMO Manufacturing, Inc. (collectively, "DENSO Defendants") set forth in the Settlement Agreement ("Agreement"), dated July 14, 2016 relating to the above-captioned actions (the "Actions"). The Court, after carefully considering all papers filed and proceedings held herein and otherwise being fully informed in the premises, has determined (1) that the settlement should be approved, and (2) that there is no just reason for delay of the entry of this final judgment approving the Agreement ("Final Judgment"). Accordingly, the Court directs entry of Final Judgment which shall constitute a final adjudication of the above-captioned Actions on the merits as to the parties to the Agreement. Good cause appearing therefor, it is:

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The definitions of terms set forth in the Agreement are incorporated herein as though fully set forth in this Final Judgment.

2. Pursuant to Federal Rule of Civil Procedure ("Rule") 23(g), Class Counsel, previously appointed by the Court (Cuneo, Gilbert & LaDuca, LLP and Larson King LLP), are appointed as Counsel for the Wire Harness, Instrument Panel Clusters, Fuel Senders, Heater Control Panels, Alternators, Windshield Wiper Systems, Radiators, Starters, Ignition Coils, Motor Generators, HID Ballasts, Inverters, Air Flow Meters, Fan Motors, Fuel Injection Systems, Power Window Motors, Automatic Transmission Fluid Warmers, Valve Timing Control Devices, Electronic Throttle Bodies, Air Conditioning Systems, Windshield Washer Systems, Spark Plugs, and Ceramic Substrates Classes

("Settlement Classes"). These firms have, and will, fairly and competently represent the interests of the Settlement Classes.

3. The Court has jurisdiction over the subject matter of this litigation, over the Actions, and over the parties to the Agreement, including all members of the Settlement Classes.

4. Plaintiffs, having filed complaints in the Actions alleging that DENSO Defendants conspired to rig bids, allocate markets and fix prices for the Alleged Parts (as defined in the Agreement), and DENSO Defendants, having denied Plaintiffs' allegations and represented they would assert defenses thereto, have entered into the Agreement to settle the Actions with respect to the Alleged Parts to avoid further expense, inconvenience, and the distraction of burdensome and protracted litigation, to obtain the releases, orders, and judgment contemplated by the Agreement, and to put to rest with finality all claims that have been or could have been asserted against Releasees (as defined in the Agreement) with respect to Automotive Parts (as defined in the Agreement). Pursuant to the Agreement, DENSO Defendants have agreed to provide specified monetary compensation to Plaintiffs, to cooperate with Plaintiffs in connection with the continued prosecution of the Actions, and to be enjoined as set forth in paragraph 9.

5. The Court hereby finally approves and confirms the settlement set forth in the Agreement and finds that said settlement is, in all respects, fair, reasonable, and adequate to the Settlement Classes pursuant to Rule 23.

6. The Court hereby dismisses on the merits and with prejudice the individual and class claims asserted in the Actions against DENSO Defendants, with Plaintiffs and DENSO Defendants to bear their own costs and attorneys' fees except as provided herein.

7. All persons and entities who are Releasors (as defined in the Agreement) or who purport to assert claims on behalf of Releasors are hereby barred and enjoined from commencing, prosecuting, or continuing, either directly or indirectly, in an individual or representative or

derivative capacity, against the Releasees, in this or any other jurisdiction, any and all claims, causes of action or lawsuits, which they had, have, or in the future may have, arising out of or related to any of the Released Claims (as defined in the Agreement).

8. The Releasees are hereby and forever released and discharged with respect to any and all claims or causes of action which the Releasors had, have, or in the future may have, arising out of or related to any of the Released Claims as defined in the Agreement.

9. The DENSO Defendants are enjoined, for a period of two years beginning on the date of entry of this Final Judgment, from engaging in any price-fixing, bid-rigging, or market allocation as to any Automotive Part in violation of Section 1 of the Sherman Act.

10. Neither the Agreement, nor any act performed or document executed pursuant to the Agreement, may be deemed or used as an admission of wrongdoing in any civil, criminal, administrative, or other proceeding in any jurisdiction.

11. The notice given to the Settlement Classes of the settlement set forth in the Agreement and the other matters set forth herein was the best notice practicable under the circumstances, including individual notice to all members of the Settlement Classes who could be identified through reasonable efforts. Said notice provided due and adequate notice of the proceedings and of the matters set forth therein, including the proposed settlement set forth in the Agreement, to all entities entitled to such notice, and said notice fully satisfied the requirements of Rules 23(c)(2) and 23(e) and the requirements of due process.

12. Without affecting the finality of this Final Judgment in any way, the Court hereby retains exclusive jurisdiction over: (a) the enforcement of this Final Judgment; (b) the enforcement of the Agreement; (c) any application for distribution of funds, attorneys' fees or reimbursement of costs and expenses made by Plaintiffs' Counsel; (d) any application for incentive awards for the

Plaintiffs; (e) the Escrow Accounts (as defined in the Agreement); and (f) the distribution of the settlement proceeds to the members of the Settlement Classes.

13. The entities identified on Exhibit "A" hereto have timely and validly requested exclusion from the Settlement Classes and, therefore, are excluded. Such entities are not included in or bound by this Final Judgment. Such entities are not entitled to any recovery from the settlement proceeds obtained through this settlement. Nothing in this Final Judgment shall be construed as a determination by this Court that such entities are members of any of the classes or proposed classes in the *In re Automotive Parts Antitrust Litigation*, Master File No. 12-md-02311.

14. In the event that the settlement does not become effective in accordance with the terms of the Agreement, then this Final Judgment shall be rendered null and void and shall be vacated, and in such event, all orders entered and releases delivered in connection herewith shall be null and void and the parties shall be returned to their respective positions ex ante.

15. The Escrow Accounts, into which DENSO Defendants have deposited assets with a total value of $61,200,000.00 as the Settlement Amount (as defined in the Agreement), plus accrued interest thereon and net any expenses incurred as contemplated in paragraphs 39 and 43 of the Agreement, are approved as Qualified Settlement Funds pursuant to Internal Revenue Code Section 468B and the Treasury Regulations promulgated thereunder.

16. The Court finds, pursuant to Rule 54(a) and (b), that this Final Judgment should be entered and further finds that there is no just reason for delay in the entry of this Final Judgment, as a Final Judgment, as to the parties to the Agreement, Plaintiffs, on behalf of themselves and the Settlement Classes, DENSO Corporation, DENSO International America, Inc., DENSO International Korea Corporation, DENSO Korea Automotive Corporation, DENSO Automotive Deutschland GmbH, ASMO Co., Ltd., ASMO North America, LLC, ASMO Greenville of North Carolina, Inc., and ASMO Manufacturing, Inc.

17. The Court's certification of the Settlement Classes as provided herein is without prejudice to, or waiver of, the rights of any Defendant, including DENSO Defendants, to contest certification of any other class proposed in the *In re Automotive Parts Antitrust Litigation*, Master File No. 12-md-02311. The Court's findings in this Final Judgment shall have no effect on the Court's ruling on any motion to certify any class in the *In re Automotive Parts Antitrust Litigation*, Master File No. 12-md-02311. No party may cite or refer to the Court's approval of the Settlement Classes as persuasive or binding authority with respect to any motion to certify any class.

18. Accordingly, the Clerk is hereby directed to enter Final Judgment forthwith.

Date: August 21, 2017

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 21, 2017.

s/ Kay Doaks
Case Manager

# EXHIBIT A

**Auto Parts Settlements**
Requests for Exclusion

| | Name1 | Addr1 | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 1 | SCION OF ROCK HILL | 640 GALLERIA BLVD | | ROCK HILL | SC | 29730 |
| 2 | ADVANTAGE VOLKSWAGEN | 5919 TWO NOTCH RD | | COLUMBIA | SC | 29223 |
| 3 | CROWN ACURA | 3908 W WENDOVER AVE | | GREENSBORO | NC | 27407 |
| 4 | CROWN CADILLAC HIGH POINT | 2506 N MAIN ST | | GREENSBORO | NC | 27262 |
| 5 | CROWN CHEVROLET | 2506 N MAIN ST | | GREENSBORO | NC | 27262 |
| 6 | CROWN HONDA/VOLVO | 1730 N FORDHAM BLVD | | CHAPEL-HILL | NC | 27514 |
| 7 | CROWN MITSUBISHI | 3604 W WENDOVER AVE | | GREENSBORO | NC | 27407 |
| 8 | CROWN PONTIAC, GMC, ISUZU | 2501 CAPITAL BLVD | | RALEIGH | NC | 27604 |
| 9 | CROWN PONTIAC-GMC (BMW, AUDI, KIA) | 3633 W WNEDOVER AVE | | GREENSBORO | NC | 27407 |
| 10 | CROWN VOLVO – CHAPEL HILL | 1730 N FORDHAM BLVD | | CHAPEL-HILL | NC | 27514 |
| 11 | PRINCETON BMW/MINI | 3633-C W WENDOVER AVE | | GREENSBORO | NC | 37407 |
| 12 | DEE THOMASON FORD | 19405 SE MCLOUGHLIN BLVD | | GLADSTONE | OR | 97027 |
| 13 | THOMASON DAMEROW HYUNDAI | 13555 SW TV HWY | | BEAVERTON | OR | 97005 |
| 14 | THOMASON FORD | 12325 SW CANYON RD | | BEAVERTON | OR | 97005 |
| 15 | THOMASON HONDA | 19400 SE MCLOUGHLIN BLVD | | GLADSTONE | OR | 97027 |
| 16 | THOMASON HYUNDAI | 17833 SE MCLOUGHLIN BLVD | | MILWAUKEE | OR | 97267 |
| 17 | THOMASON MAZDA | 19470 SE MCLOUGHLIN BLVD | | GLADSTONE | OR | 97027 |
| 18 | THOMASON NISSAN | 19505 SE MCLOUGHLIN BLVD | | GLADSTONE | OR | 97027 |
| 19 | THOMASON SUBARU | 1404 MAIN STREET | | OREGON CITY | OR | 97045 |
| 20 | THOMASON SUZUKI | 194901 SE MCLOUGHLIN | | GLADSTONE | OR | 97027 |
| 21 | THOMASON TOYOTA | 19375 SE MCLOUGHLIN BLVD | | GLADSTONE | OR | 97027 |
| 22 | CROWN JEEP CHRYSLER | 2736 LAURENS RD | | GREENVILLE | SC | 29607 |
| 23 | JAGUAR GREENVILLE | 2668 LAURENS RD | | GREENVILLE | SC | 29607 |
| 24 | SCION OF GREENVILLE | 2686 LAURENS RD | | GREENVILLE | SC | 29607 |
| 25 | VOLVO OF GREENVILLE | 2668 LAURENS RD | | GREENVILLE | SC | 29607 |
| 26 | ABC NISSAN | 1300 E CAMELBACK RD | | PHOENIX | AZ | 85014 |
| 27 | MERCEDES-BENZ OF TAMPA | 4400 N DALE MABRY HWY | | TAMPA | FL | 33614 |
| 28 | CASA CHRYSLER JEEP | 9733 COORS BLVD NW | | ALBUQUERQUE | NM | 87114 |
| 29 | SMART CENTER TAMPA | 4400 N DALE MABRY HWY | | TAMPA | FL | 33614 |
| 30 | AIRPARK DODGE CHRYSLER JEEP | 7801 E FRANK LLOYD WRIGHT BVLD | | SCOTTSDALE | AZ | 85260 |
| 31 | COURTESY BRANDON VOLKSWAGEN | 9816 E ADAMO DR | | TAMPA | FL | 33619 |
| 32 | MERCEDES BENZ OF ESCONDIDO | 1101 W 9TH AVE | | ESCONDIDO | CA | 92025 |
| 33 | LAND ROVER GREENVILLE | 1450 LAURENS RD | | GREENVILLE | SC | 29607 |
| 34 | MERCEDES BENZ OF MASSAPEQUA | 101 SUNRISE HWY | | AMITYVILLE | NY | 11701 |
| 35 | BMW OF COLUMBIA | 5919 TWO NOTCH RD | | COLUMBIA | SC | 29223 |
| 36 | BMW OF STRATHAM | 71 PORTSMOUTH AVE | | STRATHAM | NH | 03885 |
| 37 | DAVID MAUS VOLKSWAGEN NORTH | 1050 LEE RD | | ORLANDO | FL | 32810 |
| 38 | DAVID MAUS CHEVROLET | 972 TOWNE CENTER BLVD | | SANFORD | FL | 32771 |
| 39 | DAVID MAUS TOYOTA | PO BOX 521747 | | LONGWOOD | FL | 32752 |
| 40 | TOYOTA OF GREENVILLE | 2686 LAURENS RD | | GREENVILLE | SC | 29607 |
| 41 | AUDI SPRINGFIELD | 3521 E SUNSHINE ST | | SPRINGFIELD | MO | 65809 |
| 42 | VOLKSWAGEN OF PANAMA CITY | 3605 E 15TH ST | | PANAMA CITY | FL | 32404 |
| 43 | PAT PECK NISSAN | 9480 HIGHWAY 49 | | GULFPORT | MS | 39503 |

| # | Name1 | Addr1 | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 44 | NISSAN OF CLOVIS | 370 W HERNDON AVE | | CLOVIS | CA | 93612 |
| 45 | PEORIA FORD | 9130 W BELL RD | | PEORIA | AZ | 85382 |
| 46 | PAT PECK HONDA | 11151 HIGHWAY 49 | | GULFPORT | MS | 39503 |
| 47 | GRAY-DANIELS FORD LINCOLN | 201 OCTAVIA DR | | BRANDON | MS | 39042 |
| 48 | GRAY-DANIELS NISSAN | 6080 I 55 N | | JACKSON | MS | 39211 |
| 49 | GRAY-DANIELS NISSAN BRANDON | 108 GRAY DANIELS BLVD | | BRANDON | MS | 39042 |
| 50 | FRONTIER FORD | 3701 STEVENS CREEK BLVD | | SANTA CLARA | CA | 95051 |
| 51 | INFINITI OF TAMPA | 4600 N DALE MABRY HWY | | TAMPA | FL | 33614 |
| 52 | MARKS CASA CHEVROLET | 7201 LOMAS BLVD NE | | ALBUQUERQUE | NM | 87176 |
| 53 | PAT PECK KIA | 10611 BONEY AVE | | D'IBERVILLE | MS | 39540 |
| 54 | PEORIA NISSAN | 9151 W BELL RD | | PEORIA | AZ | 85382 |
| 55 | SHAWNEE MISSION KIA | 7951 SHAWNEE MISSION PKWY | | MISSION | KS | 66202 |
| 56 | FIAT OF SCOTTSDALE | 16301 N 78TH ST | | SCOTTSDALE | AZ | 85260 |
| 57 | COURTESY NISSAN OF TAMPA | 3800 W HILLSBOROUGH AVE | | TAMPA | FL | 33614 |
| 58 | COURTESY PALM HARBOR HONDA | 31200 US HIGHWAY 19 N | | PALM HARBOR | FL | 34684 |
| 59 | DELRAY HONDA | 2500 S FEDERAL HWY | | DELRAY BEACH | FL | 33483 |
| 60 | COGGIN ACURA | 4400 S US HIGHWAY 1 | | FORT PIERCE | FL | 34982 |
| 61 | COGGIN BMW TREASURE COAST | 4429 S US HIGHWAY 1 | | FORT PIERCE | FL | 34982 |
| 62 | COGGIN DELAND FORD LINCOLN | 2655 N VOLUSIA AVE | | ORANGE CITY | FL | 32763 |
| 63 | COGGIN HONDA | 11003 ATLANTIC BLVD | | JACKSONVILLE | FL | 32225 |
| 64 | COGGIN NISSAN | 10600 ATLANTIC BLVD | | JACKSONVILLE | FL | 32225 |
| 65 | COGGIN NISSAN ON ATLANTIC | 10600 ATLANTIC BLVD | | JAKSONVILLE | FL | 32225 |
| 66 | TOYOTA OF ROCK HILL | 640 GALLERIA BLVD | | ROCK HILL | SC | 29730 |
| 67 | SHOWCASE HONDA | 1333 E CAMELBACK RD | | PHOENIX | AZ | 85014 |
| 68 | MIDWAY CHEVROLET CO | 2323 W BELL RD | | PHOENIX | AZ | 85023 |
| 69 | MILLER NISSAN OF VAN NUYS | 5425 VAN NUYS BLVD | | SHERMAN OAKS | CA | 91401 |
| 70 | MILLER TOYOTA OF ANAHEIM | 1331 N EUCLID ST | | ANAHEIM | CA | 92801 |
| 71 | MILES CHEVROLET/NISSAN | 150 W PERSHING RD | | DECATUR | IL | 62526 |
| 72 | MILLER HONDAY OF CULVER CITY | 9055 WASHINGTON BLVD | | CULVER CITY | CA | 90232 |
| 73 | MILLER HONDA OF VAN NUYS | 5355 VAN NUYS BLVD | | SHERMAN OAKS | CA | 91401 |
| 74 | PLAZA MOTOR CO | 11830 OLIVE BLVD | | SAINT LOUIS | MO | 63141 |
| 75 | PORSCHE OF GREENVILLE | 2668 LAURENS RD | | GREENVILLE | SC | 29607 |
| 76 | WORLD FORD OF PENSACOLA | 6397 PENSACOLA BLVD | | PENSACOLA | FL | 32505 |
| 77 | HASSEL MINI | 280 W SUNRISE HWY | | FREEPORT | NY | 11520 |
| 78 | COURTESY CHRYSLER JEEP DODGE | 9207 E ADAMO DR | | TAMPA | FL | 33619 |
| 79 | GRAY-DANIELS NISSAN IN BRANDON | 108 GRAY DANIELS BLVD | | BRANDON | MS | 39042 |
| 80 | GRAY-DANIELS TOYOTA | 104 GRAY DANIELS BLVD | | BRANDON | MS | 39042 |
| 81 | INIFINITI OF SPRINGFIELD | 3655 S CAMPBELL AVE | | SPRINGFIELD | MO | 65807 |
| 82 | IRA AUDI OF PEABODY | 252 ANDOVER ST | | PEABODY | MA | 01960 |
| 83 | IRA SUBARU OF DANVERS | 97 ANDOVER ST | | DANVERS | MA | 01923 |
| 84 | IRA TOYOTA | 468 MAIN ST | | TEWKSBURY | MA | 01876 |
| 85 | IRA TOYOTA OF DANVERS | 161 ANDOVER ST | | DANVERS | MA | 01923 |
| 86 | NORTH POINT VOLKSWAGEN MAZDA | PO BOX 6440 | | N LITTLE ROCK | AR | 72124 |
| 87 | NORTH POINT VOLVO | PO BOX 22410 | | LITTLE ROCK | AR | 72221 |
| 88 | MARKS CASA CHRYSLER JEEP | 9733 COORS BLVD NW | | ALBUQUERQUE | NM | 87114 |
| 89 | IRA LEXUS OF MANCHESTER | 33 AUTO CENTER RD | | MANCHESTER | NH | 03103 |

| | Name1 | Addr1 | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 90 | IRA TOYOTA OF MILFORD | 300 FORTUNE BLVD | | MILFORD | MA | 01757 |
| 91 | IRA-LEXUS OF BEDFORD | 18 KILTON RD | | BEDFORD | NH | 03110 |
| 92 | NORTH POINT FORD | 4400 LANDERS RD | | N LITTLE ROCK | AR | 72117 |
| 93 | PLAZA INFINITI | 755 N NEW BALLAS RD | | SAINT LOUIS | MO | 63141 |
| 94 | PLAZA LEXUS | 777 DECKER LN | | SAINT LOUIS | MO | 63141 |
| 95 | RANCHO CHRYSLER JEEP DODGE | 8010 BALBOA AVE | | SAN DIEGO | CA | 92111 |
| 96 | RELIABLE HYUNDAI | 438 S INGRAM MILL RD | | SPRINGFIELD | MO | 65802 |
| 97 | RELIABLE HYUNDAI MAZDA | 438 S INGRAM MILL RD | | SPRINGFIELD | MO | 65802 |
| 98 | RELIABLE NISSAN | 9951 COORS BLVD NW | | ALBUQUERQUE | NM | 87114 |
| 99 | BELL HONDA | 701 W BELL RD | | PHOENIX | AZ | 85023 |
| 100 | CROWN BMW | 3902 W WENDOVER AVE | | GREENSBORO | NC | 27407 |
| 101 | CROWN HONDA GREENSBORO | 3633 W WENDOVER AVE | | GREENSBORO | NC | 27407 |
| 102 | CROWN NISSAN GREENVILLE | 2712 LAURENS RD | | GREENVILLE | SC | 29607 |
| 103 | CROWN NISSAN OF GREENSBORO | 3900 W WENDOVER AVE | | GREENSBORO | NC | 27407 |
| 104 | LEXUS MISSION VIEJO | 28242 MARGUERITE PKWY | | MISSION VIEJO | CA | 92692 |
| 105 | PINES FORD LINCOLN | 8655 PINES BLVD | | PEMBROKE PINES | FL | 33024 |
| 106 | INFINITI OF PEORIA | 9167 W BELL RD | | PEORIA | AZ | 85382 |
| 107 | COURTESY KIA OF BRANDON | 9205 ADAMO DR | | TAMPA | FL | 33619 |
| 108 | VAN BUICK-GMC | 8585 E FRANK LLOYD WRIGHT BLVD | | SCOTTSDALE | AZ | 85260 |
| 109 | VAN CHEVROLET-CADILLAC INC | 100 NW VIVION RD | | KANSAS CITY | MO | 64118 |
| 110 | GRAY-DANIELS CHEVROLET | 6060 I 55 N | | JACKSON | MS | 39211 |
| 111 | GRAY-DANIELS NISSAN NORTH | 6080 I 55 N | | JACKSON | MS | 39211 |
| 112 | HILTON HEAD BMW | 1230 FORDING ISLAND RD | | BLUFFTON | SC | 29910 |
| 113 | COURTESY CHRYSLER JEEP DODGE | 9207 E ADAMO DR | | TAMPA | FL | 33619 |
| 114 | COURTESY HYUNDAI | 3810 W HILLSBOROUGH AVE | | TAMPA | FL | 33614 |
| 115 | VAN SUBARU | 90 NW VIVION RD | | KANSAS CITY | MO | 64118 |
| 116 | SERRAMONTE FORD | 999 SERRAMONTE BLVD | | COLMA | CA | 94014 |
| 117 | BARON MINI COOPER BMW | 9010 SHAWNEE MISSION PKWY | | MISSION | KS | 66202 |
| 118 | CAMELBACK FORD | 1330 E CAMELBACK RD | | PHOENIX | AZ | 85014 |
| 119 | CAMELBACK MAZDA | 1521 E CAMELBACK RD | | PHOENIX | AZ | 85014 |
| 120 | CAMELBACK TOYOTA | 1550 E CAMELBACK RD | | PHOENIX | AZ | 85014 |
| 121 | CAMELBACK SUBARU | 1521 E CAMELBACK RD | | PHOENIX | AZ | 85014 |
| 122 | LEXUS OF GREENVILLE | PO BOX 6265 | | GREENVILLE | SC | 29606 |
| 123 | MERCEDES-BENZ OF SACRAMENTO | 1810 HOWE AVE | | SACRAMENTO | CA | 95825 |
| 124 | STARKVILLE FORD INC | PO BOX 1527 | | STARKVILLE | MS | 39760 |
| 125 | STARKVILLE FORD L-M INC | 12249 MS HIGHWAY 182 | | STARKVILLE | MS | 39759 |
| 126 | COGGIN DELAND HONDA | 2677 N VOLUSIA AVE | | ORANGE CITY | FL | 32763 |
| 127 | COGGIN HONDA OF FORT PIERCE | 4450 S US HIGHWAY 1 | | FORT PIERCE | FL | 34982 |
| 128 | COGGIN NISSAN AT THE AVENUES | 10859 PHILIPS HWY | | JACKSONVILLE | FL | 32256 |
| 129 | B M W COGGIN TREASURE COAST | 4429 S US HIGHWAY 1 | | FORT PIERCE | FL | 34982 |
| 130 | CITY WORLD FORD | 3305 BOSTON RD | | BRONX | NY | 10469 |
| 131 | MERCEDES-BENZ OF FORT PIERCE | 4500 S US HIGHWAY 1 | | FORT PIERCE | FL | 34982 |
| 132 | AUDI OF COLUMBIA | 6301 TWO NOTCH RD | | COLUMBIA | SC | 29223 |
| 133 | CROWN DODGE OF FAYETTEVILLE | 436 N MCPHERSON CHURCH RD | | FAYETTEVILLE | NC | 28303 |
| 134 | CROWN HONDA OF CHARLOTTE | 7001 E INDEPENDENCE BLVD | | CHARLOTTE | NC | 28227 |
| 135 | MERCEDES-BENZ OF FT PIERCE | 4500 S US HIGHWAY 1 | | FORT PIERCE | FL | 34982 |

| # | Name1 | | Addr1 | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 136 | TOYOTA OF DEERFIELD BEACH | | 1441 S FEDERAL HWY | | DEERFIELD BCH | FL | 33441 |
| 137 | VOLKSWAGEN OF KEARNY MESA | | 8040 BALBOA AVE | | SAN DIEGO | CA | 92111 |
| 138 | COGGIN BUICK-GMC OF ORANGE PAR | | 7245 BLANDING BLVD | | JACKSONVILLE | FL | 32244 |
| 139 | CERRITOS NISSAN | | 18707 STUDEBAKER RD | | CERRITOS | CA | 90703 |
| 140 | PLAZA MOTORS WEST | | 951 TECHNOLOGY DR | | O FALLON | MO | 63368 |
| 141 | WOLRD FORD-PENSACOLA | COLLISION CENTER | 6397 PENSACOLA BLVD | | PENSACOLA | FL | 32505 |
| 142 | FOLSOM LAKE TOYOTA | | 12747 FOLSOM BLVD | | FOLSOM | CA | 95630 |
| 143 | HASSELL VOLVO | | 79 CEDAR SWAMP RD | | GLEN COVE | NY | 11542 |
| 144 | LAND ROVER ST LOUIS | | 11654 OLIVE BLVD | | SAINT LOUIS | MO | 63141 |
| 145 | PINNACLE NISSAN | | 7601 E FRANK LLOYD WRIGHT BLVD | | SCOTTSDALE | AZ | 85260 |
| 146 | CROWN CHRYSLER DODGE JEEP | | 3710 W WENDOVER AVE | | GREENSBORO | NC | 27407 |
| 147 | CROWN HONDA OF SOUTHPOINT | | 1001 SOUTHPOINT AUTO PARK BLVD | | DURHAM | NC | 27713 |
| 148 | CROWN VOLVO | | 3604 W WENDOVER AVE | | GREENSBORO | NC | 27407 |
| 149 | BRONX FORD | | 3305 BOSTON ROAD | | BRONX | NY | 10469 |
| 150 | COGGIN TOYOTA AT THE AVENUES | | 10564 PHILLIPS HWY | | JACKSONVILLE | FL | 32256 |
| 151 | DAVID MAUS VOLKSWAGEN | | 5474 S ORANGE BLOSSOM TRL | | ORLANDO | FL | 32839 |
| 152 | HONDA DELAND | | 1580 WOODLAND BLVD | | DELAND | FL | 32720 |
| 153 | HONDA OF BAY COUNTY | | 3601 E 15TH ST | | PANAMA CITY | FL | 32404 |
| 154 | ACURA-PEORIA | | 9190 W BELL RD | | PEORIA | AZ | 85382 |
| 155 | RELIABLE CHEVROLET INC | | 3655 S CAMPBELL AVE | | SPRINGFIELD | MO | 65807 |
| 156 | CROWN FORD FAYETTEVILLE | | 256 SWAIN ST | | FAYETTEVILLE | NC | 28303 |
| 157 | COGGIN BUICK-GMC-ORANGE PARK | | 7245 BLANDING BLVD | | JACKSONVILLE | FL | 32244 |
| 158 | COGGIN HONDA OF FT PIERCE | | 4450 S US HIGHWAY 1 | | FORT PIERCE | FL | 34982 |
| 159 | COGGIN HONDA OF ORLANDO | | 11051 S ORANGE BLOSSOM TRL | | ORLANDO | FL | 32837 |
| 160 | COGGIN HONDA OF ST AUGUSTINE | | 2925 US HIGHWAY 1S | UNIT 1 | ST AUGUSTINE | FL | 32086 |
| 161 | VILLAGE POINTE TOYOTA | | 18201 CUMING ST | | ELKHORN | NE | 68022 |
| 162 | MAJOR CHEVROLE | | 43-40 NORTHERN BLVD | | LONG ISLAND | NY | 11101 |
| 163 | MAJOR CHRYSLER JEEP DODGE | | 50-30 NORTHERN BLVD | | LONG ISLAND CITY | NY | 11101 |
| 164 | CITY WORLD TOYOTA SCION | | 3333 BOSTON RD | | BRONX | NY | 10469 |
| 165 | FORD OF ESCONDIDO | | 1717 AUTO PARK WAY | | ESCONDIDO | CA | 92029 |
| 166 | HYUNDAI OF ESCONDIDO | | 1919 AUTO PARK WAY | | ESCONDIDO | CA | 92029 |
| 167 | FOLSOM LAKE SCION | | 12747 FOLSOM BLVD | | FOLSOM | CA | 95630 |
| 168 | FOLSOM LAKE COLLISION CENTER | | 12747 FOLSOM BLVD | | FOLSOM | CA | 95630 |
| 169 | FOLSOM LAKE TOYOTA COLLISON C | | 12747 FOLSOM BLVD | | FOLSOM | CA | 95630 |
| 170 | FOLSOM LAKE USED CAR OUTLET | | 12747 FOLSOM BLVD | | FOLSOM | CA | 95630 |
| 171 | RANCHO AUTO GROUP | | 8010 BALBOA AVE | | SAN DIEGO | CA | 92111 |
| 172 | RANCHO COLLISION CENTER | | 8010 BALBOA AVE | | SAN DIEGO | CA | 92111 |
| 173 | RANCHO COLLISSION CENTER OF SD | | 8010 BALBOA AVE | | SAN DIEGO | CA | 92111 |
| 174 | MILLER HONDA | | 5355 VAN NUYS BLVD | | SHERMAN OAKS | CA | 91401 |
| 175 | BEVERLY HILS, LTD | | 9250 BEVERLY BLVD | | BEVERLY HILLS | CA | 90210 |
| 176 | MILLER'S MERCEDES-BENZ OF | BEVERLY HILLS | 9250 BEVERLY BLVD | | BEVERLY HILLS | CA | 90210 |
| 177 | SMART CENTER BEVERLY HILLS | | 9250 BEVERLY BLVD | | BEVERLY HILLS | CA | 90210 |
| 178 | MILLER INFINITI VAN NUYS | | 5455 VAN NUYS BLVD | | VAN NUYS | CA | 91401 |
| 179 | MILLER MITSUBISHI | | 5319 VAN NUYS BLVD | 5253 VAN NUYS BLVD | VAN NUYS | CA | 91401 |
| 180 | MILLER SUZUKI | | 5319 VAN NUYS BLVD | 5253 VAN NUSY BLVD | VAN NUYS | CA | 91401 |
| 181 | PERFORMANCE NISSAN | | 5319 VAN NUYS BLVD | 5253 VAN NUYS BLVD | VAN NUYS | CA | 91401 |

| | Name1 | Addr1 | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 182 | MILLER TOYOTA CULVER CITY | | 9077 WEST WASHINGTON BLVD | CULVER CITY | CA | 90232 |
| 183 | PRESTIGE AUDI | | 14780 BISCAYNE BLVD | NORTH MIAMI BEACH | FL | 33181 |
| 184 | WORLD FORD COLLISION CENTER | OF PENSACOLA | 6397 PENSACOLA BLVD | PENSACOLA | FL | 32505 |
| 185 | WORLD FORD KENDALL | | 15551 SOUTH DIXIE HIGHWAY | MIAMI | FL | 33157 |
| 186 | GULF BREEZE FORD | | 2665 GULF BREEZE PARKWAY | GULF BREEZE | FL | 32563 |
| 187 | BARON BMW | | 9010 SHAWNEE MISSION PARKWAY | MERRIAM | KS | 66202 |
| 188 | BARON BMW COLLISION CENTER | | 9000 SHAWNEE MISSION PARKWAY | MERRIAM | KS | 66202 |
| 189 | BARON COLLISSION CENTER OF KANS | | 9000 SHAWNEE MISSION PARKWAY | MERRIAM | KS | 66202 |
| 190 | SHAWNEE MISSION HYUNDAI | | 7050 FRONTAGE RD | MERRIAM | KS | 66203 |
| 191 | BARON VOLKSWAGEN | | 9010 SHAWNEE MISSION PARKWAY | MERRIAM | KS | 66202 |
| 192 | IRA PORSCHE | PORSCHES OF DANVERS | 97C ANDOVER ST | DANVERS | MA | 01923 |
| 193 | IRA TOYOTA | | 99B ANDOVER ST | DANVERS | MA | 01923 |
| 194 | IRA SCION | | 99B ANDOVER ST | DANVERS | MA | 01923 |
| 195 | IRA COLLISSION CENTER | IRA COLLISION CENTER OF DANVER | 99B ANDOVER ST | DANVER | MA | 01923 |
| 196 | IRA SCION OF TEWKSBURY | | 468 MAIN ST | TEWKSBURY | MA | 01876 |
| 197 | IRA TOYOTA II | | 468 MAIN ST | TEWKSBURY | MA | 01876 |
| 198 | IRA SCION II | | 468 MAIN ST | TEWKSBURY | MA | 01876 |
| 199 | IRA TOYOTA II / SCION II | | 468 MAIN ST | TEWKSBURY | MA | 01876 |
| 200 | IRA LEXUS | | 99A ANDOVER | DANVERS | MA | 01923 |
| 201 | IRA MAZDA WITH | HOMETOWN AUTO | 99B ANDOVER ST | DANVERS | MA | 01923 |
| 202 | IRA NISSAN WOBURN | | 95 CEDAR ST | STONEHAM | MA | 02180 |
| 203 | SUNSHINE BUICK PONTIAC | GMC TRUCK | 5200 E SAN MATEO NE | ALBUQUERQUE | NM | 87109 |
| 204 | CASA MITSUBISHI | | 9733 COORS BLVD NE | ALBUQUERQUE | NM | 87114 |
| 205 | HASSEL VOLVO HUNTINGTON | | 345 W JERICHO TURNPIKE | HUNTINGTON | NY | 11743 |
| 206 | ARROWHEAD CADILLAC | | 8301 W BELL ROAD | GLENDALE | AZ | 85308 |
| 207 | CAMELBACK HYUNDAI | | 1500 E CAMELBACK RD | PHOENIX | AZ | 85014 |
| 208 | CAMELBACK KIA | | 1450 E CAMELBACK RD | PHOENIX | AZ | 85014 |
| 209 | CAMELBACK VOLKSWAGEN | | 1499 E CAMELBACK RD | PHOENIX | AZ | 85014 |
| 210 | INIFINITI OF SCOTTSDALE | | 7601 E FRANK LLOYD WRIGHT | SUITE 2 | SCOTTSDALE | AZ | 85260 |
| 211 | INFINITI ON CAMELBACK | | 1250 E CAMELBACK RD | PHOENIX | AZ | 85014 |
| 212 | MIDWAY NISSAN | | 2201 W BELL ROAD | PHOENIX | AZ | 85023 |
| 213 | SUPERSTITION SPRINGS LEXUS | | 6206W TEST DR | MESA | AZ | 85206 |
| 214 | SURPRISE FORD | | 16825 W WADDELL RD | SURPRISE | AZ | 85388 |
| 215 | VAN CHEVROLET | | 8585 E FRANK LLOYD WRIGHT BLVD | SCOTTSDALE | AZ | 85260 |
| 216 | VOLVO CARS OF PHOENIX | | 2205 W BELL RD | PHOENIX | AZ | 85023 |
| 217 | CROWN TOYOTA | | 255 W PERSHING RD | DECATUR | IL | 62526 |
| 218 | CROWN NISSAN | | 165 W PERSHING RD | DECATUR | IL | 62526 |
| 219 | BMW OF SPRINGFIELD | | 3500 E SUNSHINE | SPRINGFIELD | MO | 65809 |
| 220 | RELIABLE IMPORTS & MOTORHOMES | | 438 S INGRAM MILL RD | SPRINGFIELD | MO | 65802 |
| 221 | RELIABLE SUBARU | | 438 S INGRAM MILL RD | SPRINGFIELD | MO | 65802 |
| 222 | RELIABLE LEXUS | | 3521 E SUNSHINE | SPRINGFIELD | MO | 65809 |
| 223 | BMW OF LINCOLN | | 6741 TELLURIDE DR | LINCOLN | NE | 68521 |
| 224 | HUSKER CHEVROLET | | 6833 TELLURIDE DR | LINCOLN | NE | 68521 |
| 225 | RELIABLE CHEVROLET (NM) | | 9901 COORS BLVD NW | ALBUQUERQUE | NM | 87114 |
| 226 | BMW OF LITTLE ROCK | | 4621 COLONEL GLENN PLAZA DR | LITTLE ROCK | AR | 72221 |
| 227 | HOPE AUTO COMPANY | | 1400 N HERVEY | HOPE | AR | 71802 |

| | Name1 | | Addr1 | Addr2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 228 | NORTH POINT AUTO PLAZA | | 1500 N SHACKLEFORD RD | | LITTLE ROCK | AR | 72221 |
| 229 | NORTH POINT NISSAN | | 1 COMMERCIAL CENTER DR | | LITTLE ROCK | AR | 72117 |
| 230 | NORTH POINT TOYOTA | NORTH POINT SCION | 4336 LANDERS RD | | NORTH LITTLE ROCK | AR | 72117 |
| 231 | NORTHLAND HYUNDAI | | 5660 WARDEN RD N | | LITTLE ROCK | AR | 72116 |
| 232 | PREMIER LINCOLN MERCURY | | 1500 N SHACKLEFORD RD | | LITTLE ROCK | AR | 72221 |
| 233 | SOUTHLAND HYUNDAI | | 25315 INTERSTATE HIGHWAY #30 | | BRYANT | AR | 72022 |
| 234 | MERCEDES-BENZ OF FRESNO | | 7055 NORTH PALM AVE | | FRESNO | CA | 93650 |
| 235 | SPIRIT HONDA | | 3464 N PECK RD | | EL MONTE | CA | 91731 |
| 236 | BUDDY HUTCHISON CHEVROLET | | 10880 PHILIPS HWY | | JACKSONVILLE | FL | 32256 |
| 237 | BUDDY HUTCHISON IMPORTS | | 2898 US HWY 1 SOUTH | | ST AUGUSTINE | FL | 32086 |
| 238 | BUDDY HUTCHISON TOYOTA | | 10564 PHILIPS HWY | | JACKSONVILLE | FL | 32256 |
| 239 | COGGIN CHEVROLET | | 10880 PHILIPS HWY | | JACKSONVILLE | FL | 32256 |
| 240 | COGGIN DELAND HYUNDAI | | 2308 S WOODLAND BLVD | | DELAND | FL | 32720 |
| 241 | COGGIN FORD | | 9650 ATLANTIC BLVD | | JACKSONVILLE | FL | 32225 |
| 242 | COGGIN KIA | | 8500 ATLANTIC BLVD | | JACKSONVILLE | FL | 32211 |
| 243 | COGGIN KIA AT THE AVENUES | | 9401 ATLANTIC BLVD | | JACKSONVILLE | FL | 32211 |
| 244 | COGGIN MOTOR HALL | | 4500 US 1 SOUTH | | FT PIERCE | FL | 34982 |
| 245 | COGGIN MOTOR MALL | | 4425 WEST VINE ST | | KISSIMMEE | FL | 24742 |
| 246 | COGGIN PONTIAC GMC TRUCK | | 9201 ATLANTIC BLVD | | JACKSONVILLE | FL | 32211 |
| 247 | COGGIN SCION AT THE AVENUES | | 11340 PHILIPS HWY | | JACKSONVILLE | FL | 32256 |
| 248 | COGGIN-STARLING CHEVROLET | | 2500 N ORANGE BLOSSOM TRAIL | | KISSIMMEE | FL | 34744 |
| 249 | COGGIN-STARLING | CHEVROLET-OLDSMOBILE | 3550 W 13TH ST | | ST CLOUD | FL | 34769 |
| 250 | COGGIN-STARLING PONTIAC | GMC, BUICK | 4425 WEST HWY 192 | | KISSIMMEE | FL | 34742 |
| 251 | COURTESY LINCOLN-MERCURY, ISUZ | | 9204 ADAMO DR | | TAMPA | FL | 33619 |
| 252 | COURTESY MAZDA | | 3800 W HILLSBOROUGH AVE | | TAMPA | FL | 33614 |
| 253 | COURTESY MAZDA OF BRANDON | | 9208 ADAMAO DR | | TAMPA | FL | 33619 |
| 254 | COURTESY MITSUBISHI | | 3800 W HILLSBOROUGH AVE | | TAMPA | FL | 33614 |
| 255 | COURTESY TOYOTA OF BRANDON | | 9210 ADAMO DR | | TAMPA | FL | 33619 |
| 256 | COURTESY SCION | | 9210 ADMO DR | | TAMPA | FL | 33619 |
| 257 | JW COURTESY PONTIAC | GMC, TRUCK | 3800 W HILLSBOROUGH | | TAMPA | FL | 33614 |
| 258 | JAGUAR ST LOUIS | | 11654 OLIVE BLVD | | CREVE COEUR | MO | 63141 |
| 259 | SMART CENTER CREVE COEUR | | 11830 OLIVE BLVD | | CREVE COEUR | MO | 63141 |
| 260 | GRAY-DANIELS HYUNDAI | | 975 I-20 W FRONTAGE ROAD | | JACKSON | MS | 39204 |
| 261 | GRAY-DANIELS JEEP/CHRYSLER/ | LINCOLN MERCURY | 6060 I-55 NORTH FRONTAGE ROAD | | JACKSON | MS | 39211 |
| 262 | GRAY-DANIELS MAZDA | | 1087 I-20 W FRONTAGE RD | | JACKSON | MS | 39204 |
| 263 | GRAY-DANIELS MITSUBISHI | | 975 I-20 S FRONTAGE RD | | JACKSON | MS | 39204 |
| 264 | GRAY-DANIELS SCION | | 104 GRAY-DANIELS BLVD | | BRANDON | MS | 39042 |
| 265 | MARK ESCUDE DAEWOO | | 915 I-20 S FRONTAGE RD | | JACKSON | MS | 39204 |
| 266 | MARK ESCUDE MITSUBISHI | | 975 I-20 S FRONTAGE RD | | JACKSON | MS | 39204 |
| 267 | MARK ESCUDE NISSAN NORTH | | 6080 I-55 N FRONTAGE RD | | JACKSON | MS | 39211 |
| 268 | MARK ESCUDE NISSAN SOUTH | | 905 I-20 S FRONTAGE RD | | JACKSON | MS | 39204 |
| 269 | MARK ESCUDE TOYOTA | | 104 GRAY-DANIELS BLVD | | BRANDON | MS | 39042 |